IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMOTHY W. LANDRUM, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> NANCY A. BERRYHILL, DEPUTY ) <br> COMMISSIONER FOR OPERATIONS, ) <br> performing the duties and functions not ) <br> reserved to the Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 3:17-CV-1072-G (BN) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated April 11, 2018, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

May 2, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**